sxb

**FILED**

**OCT 1 2 2018**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:14-cr-00326-1 |
| v. ) | |
| ) | Hon. Rebecca Pallmeyer |
| ) | |
| DAVID GODWIN, et. al. ) | |
| ) | |
| Defendant. ) | |

## PLEA DECLARATION

Defendant, DAVID GODWIN, by this attorney, Thomas More Leinenweber, makes the following Plea Declaration admitting his guilt to the Superseding Information filed in this matter:

Defendant David Godwin admits that on December 5, 2012, at approximately 10:47 a.m. Chicago time, for the purposes of executing a scheme with intent to defraud the CFO of ContinuityX and others, he knowingly and willfully, created and sent an email purportedly written by Employee 1 of Telecommunications Company B to CFO and others. This email was transmitted by means of a wire communication in interstate commerce from Chicago, Illinois, to a location outside of Illinois. The purpose of the scheme to defraud was to buy time from CFO and others. Defendant was CEO of ContinuityX and knew that CFO and others with a financial interest in ContinuityX expected prompt payment from Telecommunications Company B on certain invoices. Defendant admits that the December 5, 2012 email was fraudulent and was sent by him to delay actions that CFO and others may have taken at that time, such as demanding immediate payment on the invoices or seeking defendant's resignation.

DATED: 10/12/18

_____
David Godwin

_____
Thomas More Leinenweber
Attorney for Defendant

Thomas More Leinenweber
Leinenweber Baroni & Daffada LLC
120 North LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 663-3003
tom@ilesq.com