

JN

# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Northern District of Illinois

File Number __14cr326-1_____

USA

<u>Plaintiff</u>    ]

                 ]

<u>v.</u>           ]

<u>David Godwin</u>
<u>Defendant</u>   ]

                 ]
                 ]

Notice of Appeal

Notice is hereby given that __David Godwin_____ (here name all parties taking the appeal)___, (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the ___7th_____ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the ___3rd_____ day of _November_____, 20_21_ .

(s) __David Godwin_____

Attorney for _____

Address: _____

[**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

* See Rule 3(c) for permissible ways of identifying appellants.